IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 16 PM 2: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| JOHN T. HALL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.   04-3034 D/An |
| MEMPHIS CITY SCHOOLS, | ) ) | |
| Defendant. | ) | |

### ORDER DENYING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint filed on April 25, 2005. Under Federal Rule of Civil Procedure 15(a), a plaintiff may amend his complaint once as a matter of right "at any time before a responsive pleading is served." In this case, Defendant has not filed its Answer, and Plaintiff has not previously amended his Complaint. Therefore, Plaintiff does not need the Court's permission to amend his Complaint at this time. The instant motion is therefore **DENIED**.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 11, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-03034 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

John T. Hall
2024 Lakefront Dr. #101
Collierville, TN 38017

Honorable Bernice Donald
US DISTRICT COURT