

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 JUN 24  AM 11: 53

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JOHN T. HALL, | X | No. 04-3034-D/An |
| PLAINTIFF, | X | |
| vs. | X | |
| MEMPHIS CITY SCHOOLS, | X | |
| DEFENDANT. | X | |

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

05 JUN 30 PM 3: 15

FILED BY _____ D.C.

## MOTION TO DISMISS WITHOUT PREJUDICE

- Now, comes the plaintiff, John T. Hall in the above action before the Court requesting the following action in the above matter as follows:

- The plaintiff in the above action at this point feels that due to financial obligations above and beyond his control he cannot proceed in the above action at this time.

- The plaintiff feels that by proceeding forward at this time he would be placed at a severe disadvantage without proper legal representation and advice as to how to proceed.

- The plaintiff further contends that it would be in his best interest to withdraw his complaint.

- The plaintiff respectfully prays that the Court will grant his motion to dismiss his complaint without prejudice and be allowed to refile his complaint within the time allowed by statue within the Court.

Print Name: JOHN T. HALL
Signature: John T. Hall
Address: 2024 Lakefront Dr #101
City: Collierville  State: TN
Telephone: 901-854-1309

**MOTION GRANTED**
DATE: 6-30-2005

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-30-05

(12)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-03034 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

John T. Hall
2024 Lakefront Dr. #101
Collierville, TN 38017

Honorable Bernice Donald
US DISTRICT COURT